IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID PETE DOMINGUEZ, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-16-1430-M ) |
| BRYAN ANTONELLI, Warden, et al., | ) ) |
| Respondents. | ) ) |

## ORDER

On March 8, 2017, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondents' motion to dismiss be granted. The parties were advised of their right to object to the Report and Recommendation by March 29, 2017. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on March 8, 2017;

(2) GRANTS respondents' Motion to Dismiss Petition for Habeas Corpus [docket no. 14], and

(3) DISMISSES petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED this 11th day of April, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE